

**Seyfarth Shaw LLP**

620 Eighth Avenue
New York, New York 10018
**T** (212) 218-5500
**F** (212) 218-5526

jegan@seyfarth.com
**T** (212) 218-5291

www.seyfarth.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/15/2022
```

February 15, 2022

<u>**VIA ECF**</u>

Hon. Mary Kay Vyskocil
U.S. District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street, Courtroom 18C
New York, NY 10007

**Re:** ***Contreras v. Printful, Inc.*,**
<u>**Civil Action No.: 1:21-cv-10165 (S.D.N.Y.)**</u>

Dear Judge Vyskocil:

     This office represents Defendant Printful, Inc. ("Defendant") in the above-referenced matter. We write, with the consent of Plaintiff Yensy Contreras ("Plaintiff"), to respectfully request a 30-day extension of the deadline for Defendant to respond to the Complaint.

     By way of background, Plaintiff commenced this action on or about November 30, 2021. (ECF No. 1.) On January 10, 2022, the Court granted Defendant's first letter motion for an extension of the responsive pleading deadline. (ECF Nos. 6, 7.) Pursuant to the Court's Order, Defendant's responsive pleading deadline is currently February 18, 2022. (ECF No. 7.)

     This is the second request for an extension of the responsive pleading deadline. Defendant is requesting this extension of this deadline to provide the parties with time to explore a potential non-litigated resolution of this matter. The parties have exchanged settlement proposals, and Defendant wishes to continue to focus its resources on these discussions in the near term.

     We have communicated with counsel for Plaintiff, and Plaintiff consents to this request. We respectfully submit this request in good faith and not to cause undue delay. The granting of this application will not impact any other scheduled deadlines. We thank the Court for its time and attention to this matter.

79743871v.1



Hon. Mary Kay Vyskocil
February 15, 2022
Page 2

Respectfully submitted,

SEYFARTH SHAW LLP

*/s/ John W. Egan*

John W. Egan

cc:   All counsel of record (via ECF)

---

**Granted. SO ORDERED.** Answer due March 21, 2022. No further extensions of time to answer will be granted.

Date: February 15, 2022
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge

79743871v.1